UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:
    Robert Max Burton
    Kathryn Lee Burton
         Debtor(s)

Case No. 13-21843-dob

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Thomas McDonald, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/11/2013.

2) The plan was confirmed on 08/29/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/05/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 08/24/2018.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $141,233.67.

10) Amount of unsecured claims discharged without payment: $133,142.85.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $85,029.04 |
| Less amount refunded to debtor | $1,030.00 |

**NET RECEIPTS:** $83,999.04

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $12,379.17 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $4,190.83 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $16,570.00

Attorney fees paid and disclosed by debtor: $200.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACSAP | Unsecured | 271.90 | NA | NA | 0.00 | 0.00 |
| Alpena County Treasurer | Unsecured | 14,384.16 | NA | NA | 0.00 | 0.00 |
| Alpena News | Unsecured | 264.30 | NA | NA | 0.00 | 0.00 |
| Alpena Paper & Supply | Unsecured | 292.36 | NA | NA | 0.00 | 0.00 |
| Alpena Power Company | Unsecured | 2,790.32 | NA | NA | 0.00 | 0.00 |
| Alpena Regional Medical Center | Unsecured | 2,136.02 | 4,197.46 | 4,197.46 | 2,180.39 | 0.00 |
| American Express | Unsecured | 64.14 | NA | NA | 0.00 | 0.00 |
| AT & T | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| Barclays Bank Of Delaware | Unsecured | 994.66 | NA | NA | 0.00 | 0.00 |
| Becket and Lee LLP-EFT | Unsecured | 84.39 | 303.55 | 303.55 | 157.68 | 0.00 |
| Besser Credit Union | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Bob & Nancy Coombs | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| Boldery Senchuck Rouleau & Williams | Unsecured | 7,983.23 | NA | NA | 0.00 | 0.00 |
| Charter Communications | Unsecured | 818.09 | NA | NA | 0.00 | 0.00 |
| Credit Management Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Darryl Wallace | Unsecured | 30,000.00 | NA | NA | 0.00 | 0.00 |
| DTE Energy (Detroit Edison/MichCon) | Unsecured | 1,615.29 | NA | NA | 0.00 | 0.00 |
| FIA Card Services, NA As Successor to | Unsecured | 12,064.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Gillard Bauer Mazrum Florip Smigleski & | Unsecured | 28,502.33 | NA | NA | 0.00 | 0.00 |
| Gordon Food Service | Unsecured | 7,800.00 | 0.00 | 10,727.78 | 5,572.61 | 0.00 |
| Great Lakes Fire & Safety Equipment | Unsecured | 191.70 | 191.70 | 191.70 | 99.58 | 0.00 |
| Internal Revenue Service | Priority | 26,521.54 | 22,810.11 | 22,810.11 | 22,810.11 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | 22,810.11 | 22,810.11 | 0.00 | 0.00 |
| Jewell's Disposal | Unsecured | 412.90 | NA | NA | 0.00 | 0.00 |
| John & Marie Fisher | Unsecured | 86,000.00 | NA | NA | 0.00 | 0.00 |
| JP Morgan Chase Bank-EFT | Unsecured | 104,562.00 | NA | NA | 0.00 | 0.00 |
| Lakeshore Plumbing & Heating | Unsecured | 431.80 | NA | NA | 0.00 | 0.00 |
| Losinski Excavating | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| MI Department of Treasury | Priority | 35,526.85 | 23,610.33 | 23,610.33 | 23,610.33 | 0.00 |
| MI Department of Treasury | Unsecured | 0.00 | 11,335.04 | 11,335.04 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MI Department of Treasury | Unsecured | 0.00 | 12,370.86 | 12,370.86 | 6,426.12 | 0.00 |
| MI Department of Treasury | Priority | 0.00 | 19,066.47 | 19,066.47 | 0.00 | 0.00 |
| Michigan AirGas | Unsecured | 300.71 | NA | NA | 0.00 | 0.00 |
| Money Management | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Ogden Newspapers Inc | Unsecured | 4,142.34 | NA | NA | 0.00 | 0.00 |
| PNC Bank | Unsecured | 4,976.92 | 0.00 | 5,579.13 | 2,898.12 | 0.00 |
| PNC Bank | Unsecured | 2,529.29 | 0.00 | 2,475.45 | 1,285.89 | 0.00 |
| PRA Receivables Management LLC EFT | Unsecured | 3,276.00 | 3,473.54 | 3,473.54 | 1,804.35 | 0.00 |
| PRA Receivables Management LLC EFT | Unsecured | NA | 1,123.99 | 1,123.99 | 583.86 | 0.00 |
| Schneiderman and Sherman PC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Ted Burton | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| The Wirt Rivette Group | Unsecured | 276,181.00 | 0.00 | 243,769.15 | 0.00 | 0.00 |
| TRS Recovery Services Inc | Unsecured | 561.18 | NA | NA | 0.00 | 0.00 |
| True North Radio | Unsecured | 244.40 | NA | NA | 0.00 | 0.00 |
| US Attorney Office-BC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Vantium Capital Inc | Secured | 0.00 | 69,519.00 | 69,519.00 | 0.00 | 0.00 |
| Vantium Capital Inc | Unsecured | 69,518.00 | 0.00 | 71,737.65 | 0.00 | 0.00 |

### Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $385,025.80 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$385,025.80** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $88,297.02 | $46,420.44 | $0.00 |
| **TOTAL PRIORITY:** | **$88,297.02** | **$46,420.44** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$51,778.50** | **$21,008.60** | **$0.00** |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $16,570.00 |
| Disbursements to Creditors | $67,429.04 |
| **TOTAL DISBURSEMENTS:** | **$83,999.04** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/30/2018         By: /s/ Thomas McDonald
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**